```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ROSA GALLO-SCHWARTZ and              :
STEVEN SCHWARTZ,
                                     :
                Plaintiffs,              08 Civ. 4919(HBP)
                                     :
     -against-                           SCHEDULING ORDER
                                     :
JOHN BAXTER,
                                     :
                Defendant.
                                     :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/09

PITMAN, United States Magistrate Judge:

A status conference having been held on this date, with the consent of the parties, it is hereby ORDERED that:

1. The pretrial order in the form required by my rules, along with requests to charge and proposed voir dire questions, shall be submitted to my chambers no later than February 1, 2010. Counsel for plaintiffs shall submit a draft of plaintiff's portion of the pretrial order no later than fifteen days prior to the pretrial order's due date. For the convenience of all parties, a copy of my rules is available on the Court's website www.nysd.uscourts.gov.

2. The trial of this matter shall commence on March 8, 2010 at 10:00 a.m. in Courtroom 18A, United States Courthouse, 500 Pearl Street, New York, New York 10007. Counsel are directed to confer with their

witnesses forthwith to ensure that they are available for trial at that time. If a witness has a conflict with the trial date, counsel are directed to advise my chambers of the conflict no later than December 14, 2009. After December 14, 2009, I shall only entertain applications to adjourn the trial date that are based on unforeseeable emergencies; other professional commitments or personal plans that are not raised by December 14, 2009 will not constitute sufficient cause for an adjournment.

Dated:  New York, New York
        December 3, 2009

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Joshua Skillman, Esq.
Room 1210
100 William Street
New York, New York  10038

James M. Merlino, Esq.
Hannum, Feretic, Predergast & Merlino, LLC
Suite 300
11 Broadway
New York, New York  10004